684

*Key,* and *Miss Helen R. Carloss* for respondent.

No. 461. OPELOUSAS-ST. LANDRY SECURITIES CO., INC., ET AL. *v.* UNITED STATES ET AL. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. B. Dubuisson* for petitioners. *Solicitor General Biggs* and *Messrs. Paul A. Sweeney* and *Aubrey Lawrence* for the United States et al.

No. 462. IOWA EX REL. BOARD OF RAILROAD COMM'RS *v.* STANOLIND PIPE LINE CO. November 6, 1933. Petition for writ of certiorari to the Supreme Court of Iowa denied. *Messrs. J. H. Henderson* and *Stephen Robinson* for petitioner. *Mr. James L. Parrish* for respondent.

No. 464. MCMILLAN *v.* H. W. Roos Co. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Richard K. Stevens* for petitioner. *Mr. Harold E. Stonebraker* for respondent.

No. 466. AQUILERA Y KINDELAN *v.* ICKES, SECRETARY OF THE INTERIOR. November 6, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Patrick H. Loughran* for petitioner. *Solicitor General Biggs* and *Messrs. Paul A. Sweeney* and *A. G. Iverson* for respondent.